DeFOE v. SUCHMAN et al.

No. 896.   Decided June 13, 1960.

Per Curiam.

The appeal is dismissed for want of a substantial federal question.

SECURITIES AND EXCHANGE COMMISSION v. LEA FABRICS, INC., et al.

No. 905.   Decided June 13, 1960.

*Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* for petitioner.

*Samuel M. Coombs, Jr., Nathan Ravin* and *George Furst* for respondents.

Per Curiam.

The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with instructions to dismiss the petition as moot.